# U.S. District Court
# Eastern District of California - Live System (Fresno)
# CRIMINAL DOCKET FOR CASE #: 1:22-mj-00096-EPG All Defendants

Case title: USA v. Roque

Date Filed: 06/09/2022

Date Terminated: 06/14/2022

Assigned to: Magistrate Judge Erica P. Grosjean

### Defendant (1)

**Brian Roque**
*TERMINATED: 06/14/2022*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5(c)(3) | |

*Certification stamp:* I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office, ATTEST: KEITH HOLLAND, Clerk, U.S. District Court, Eastern District of California, By _____ Deputy Clerk, Dated 6/14/2022

### Plaintiff

**USA**  represented by **Justin J. Gilio**
United States Attorney's Office
2500 Tulare Street, Suite 4401
Fresno, CA 93721
559-497-4031
Email: justin.gilio@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2022 | 4 | |

| | | |
|---|---|---|
| | | TRANSMITTAL of DOCUMENTS re 3 Commitment to Another District on *6/14/2022* to *District of South Carolina - Charleston* *Hollings Judicial Center* *85 Broad Street* *Charleston, SC 29401*. *Electronic Documents: 1 to 4 * (Martin-Gill, S) (Entered: 06/14/2022) |
| 06/14/2022 | 3 | COMMITMENT to ANOTHER DISTRICT as to Brian Roque, signed by Magistrate Judge Erica P. Grosjean on 06/13/2022. Defendant committed to District of DISTRICT OF SOUTH CAROLINA, CHARLESTON. (Martin-Gill, S) (Entered: 06/14/2022) |
| 06/10/2022 | 2 | MINUTES (Text Only) for proceedings held via video conference before Magistrate Judge Erica P. Grosjean: INITIAL APPEARANCE ON OUT-OF-DISTRICT WARRANT RE PRETRIAL RELEASE VIOLATION PETITION (USDC, DISTRICT OF SOUTH CAROLINA, CHARLESTON) as to Brian Roque held on 6/10/2022. The hearing was conducted via video and telephonically pursuant to General Orders 614, 620, 624, 628, 630, 632, 635, 640, and 649 and the CARES Act. Defendant and counsel consented to the appearance by video. Panel Attorney Christopher Geel in charging district present for defendant. Defendant advised of charges/rights; DENIAL ENTERED. The government moved for detention. The matter of detention was argued and submitted. Defendant ordered temporarily detained and transported to the charging district (USDC, District of South Carolina, Charleston) for further proceedings. Identity hearing waived following court proceedings and confirmed by defense counsel via e-mail. Government Counsel: Justin Gilio (via Zoom) present. Defense Counsel: Christopher Geel (via Zoom) present. Custody Status: Custody (via Zoom) present. Court Reporter/CD Number: Otilia Rosales. (Rivera, O) (Entered: 06/13/2022) |
| 06/09/2022 | 1 | RULE 5(c)(3) ARREST and DOCUMENTS RECEIVED from District of South Carolina. Case 2:21CR00341 as to Brian Roque (1). (Rivera, O) (Entered: 06/09/2022) |

AO 94   (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

RECEIVED USDC
CLERK, CHARLESTON, SC
2022 JUN 28  AM 8: 53

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| BRIAN ROQUE | Case No. *1:22-mj-00096-EPG |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 2:21CR00341 | 1:22-mj-00096-EPG |  |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
____Indictment        ____Information        ____Complaint    X  Other (specify)  VIOLATION PETITION

**charging a violation of**        18        U.S.C. §  3148(b)

**DISTRICT OF OFFENSE**    DISTRICT OF SOUTH CAROLINA, CHARLESTON

**DESCRIPTION OF CHARGES:**
VIOLATION OF PRETRIAL RELEASE

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:  KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By_____
Deputy Clerk
Dated 6/14/2022

**CURRENT BOND STATUS:**
____Bail fixed at $_____ and conditions were not met
____Government moved for detention and defendant detained after hearing in District of Arrest
 X  Government moved for detention and defendant detained pending detention hearing in District of Offense
____Other (specify)

| Representation | ____Retained Own Counsel    ____Federal Defender Organization    X CJA Attorney    ____None |
|---|---|
| Interpreter Required? | X No    ____Yes    Language:_____ |

**DISTRICT OF**  CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.
IT IS SO ORDERED.

Dated:  **June 13, 2022**          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

✎ AO 94   (Rev. 8/97) Commitment to Another District

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |